Andrew N. Kohn, Esq., SBN 166385
PETTIT KOHN INGRASSIA LUTZ & DOLIN PC
11622 El Camino Real, Suite 300
San Diego, California  92130
Tel:   (858) 755-8500
Fax:   (858) 755-8504
Email:  akohn@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CLAUDIA RUIZ,<br><br>             Plaintiff,<br><br>v.<br><br>WALMART STORE 1914;<br>WALMART INC. and DOES 1 to 10, Inclusive,<br><br>             Defendants. | Case No. 2:24-cv-00179<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b) NOTICE OF REMOVAL**<br><br>Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed:  August 17, 2023<br>Trial:  Not set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff CLAUDIA RUIZ ("Plaintiff") in the Superior Court of the State of California, County of San Bernardino, Case No. CIVSB2319438 to the United States District Court, Central District of California pursuant to 28 U.S.C. § 1441, and respectfully alleges as follows:

1. On August 17, 2023, an action was commenced in the Superior Court of the State of California, County of San Bernardino, entitled *Claudia Ruiz v. Walmart Store 1914., et al.*, Case No. CIVSB231943 ("the State Action").  A copy of the Complaint filed in the State Action is attached hereto as **"Exhibit 1."**

///

2. Walmart was served with a copy of the Complaint filed in the State Action and a summons from the State Court on August 28, 2023. A copy of the summons is attached hereto as **Exhibit "2."** A copy of the Proof of Service is attached hereto as **Exhibit "3."**

3. On September 28, 2023, Walmart timely filed its Answer to Plaintiff's Complaint, attached hereto as **Exhibit "4."**

4. Based on a review of the State Court file as of January 8, 2024, no other Defendant has been served with any summons or complaint in the State Action.

5. Plaintiff's Complaint purports to assert causes of action based in premises liability and negligence. Plaintiff's Complaint seeks to recover damages for hospital and medical expenses, past and future medical expenses, and past and future general damages.

**Diversity Jurisdiction Under 28 U.S.C. § 1332 (a)**

6. This Court has jurisdiction over this matter under 28 U.S.C. section 1332(a)(1) because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. sections 1441 (a) and (b).

   a. **Plaintiff is domiciled in the State of California**

7. Plaintiff is domiciled in the State of California. On or about December 5, 2023, Plaintiff responded to Walmart's Form Interrogatories (Set One) verifying that she is domiciled in the County of San Bernardino, State of California. Attached hereto as **Exhibit "5"** is Plaintiff's verified Responses to Walmart's Form Interrogatories (Set One) (see 6:11-7:6). Plaintiff confirmed that her permanent residence is in California.

   b. **Plaintiff Claims Damages in Excess of $75,000**

8. Plaintiff claims approximately $600,000 in damages. Attached hereto as **Exhibit "6"** is Plaintiff's Statement of Damages. Accordingly, the amount in

1  controversy, exclusive of costs and interests, certainly exceeds the minimum
2  requirement required for diversity jurisdiction under 28 U.S.C. section 1332(a).

   **c.** **Walmart is a Citizen of Delaware**

4    9. Walmart is a citizen of Delaware where it is incorporated, and of
5  Arkansas, where it holds its principal place of business (in Bentonville, Arkansas).
6  Copies of Walmart's corporate information from the California Secretary of State
7  Business Search and the Arkansas Secretary of Business/Commercial Services are
8  attached hereto as **Exhibits "7" and "8"** respectively.

9    10. Because the State Action is pending in the Superior Court of California
10 in and for the County of San Bernardino, removal of this action to this District
11 Court is proper under 28 U.S.C. section 1441(a).

12   11. Removal is timely under 28 U.S.C. section 1446(b) because this
13 Notice of Removal is filed after Walmart received notification from Plaintiff that
14 the total amount in controversy exceeds the jurisdictional requirements of $75,000,
15 exclusive of costs and interests. It was not until Plaintiff served her discovery
16 responses that Walmart learned she is domiciled in the State of California and, thus,
17 the jurisdictional requirements for diversity jurisdiction under the Federal Rules of
18 Civil Procedure have been met.

19   12. Written notice of the filing of this Notice of Removal will be promptly
20 served on Plaintiff. The Notice of Interested Parties, with a true and correct copy of
21 the Notice of Removal, will be filed with the Clerk of the Superior Court of the
22 State of California in and for the County of Los Angeles as soon as practicable.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREFORE, Defendant requests that the above-entitled action be removed from the Superior Court of the State of California, County of San Bernardino, to this District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: January 8, 2024     By /s/ *Andrew N. Kohn*
Andrew N. Kohn, Esq.
Attorneys for Defendant
**WALMART INC.**
akohn@pettitkohn.com