COPY

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
John A. Brockmeier, Esq. State Bar # 244510
BROCKMEIER LAW GROUP, APC
2082 Michelson Dr., Suite 100
Irvine, CA 92612

TELEPHONE NO: 310-425-3431 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
AUG 17 2023
BY Mirna Moreno DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, CA 92415-0210
BRANCH NAME: San Bernardino District – Civil Division

PLAINTIFF: Claudia Ruiz
DEFENDANT: Walmart Store 1914; Walmart Inc.
[x] DOES 1 TO 10 Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED *(Number)*:**
**Type *(check all that apply)*:**
[ ] **MOTOR VEHICLE** [x] **OTHER *(specify)*:** Negligence; Premise Liability
[ ] **Property Damage** [ ] **Wrongful Death**
[x] **Personal Injury** [ ] **Other Damages *(specify)*:**

**Jurisdiction** *(check all that apply)*:
[ ] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[x] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] **from limited to unlimited**
[ ] **from unlimited to limited**

CASE NUMBER:
CIV SB 2319438

1. **Plaintiff** *(name or names)*: Claudia Ruiz
alleges causes of action against **defendant** *(name or names)*:
Walmart Store 1914; Walmart Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: Ruiz v. Walmart Inc. et al. | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [x] **except** defendant *(name):* Walmart Store 1914
      (1) [x] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   b. [x] **except** defendant *(name):* Walmart Inc.
      (1) [ ] a business organization, form unknown
      (2) [x] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   c. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   d. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [x] Doe defendants *(specify Doe numbers):* 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [x] Doe defendants *(specify Doe numbers):* 1-10 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [x] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [x] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: Ruiz v. Walmart Inc. et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [ ] Motor Vehicle
   b. [x] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [x] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered
   a. [x] wage loss
   b. [ ] loss of use of property
   c. [x] hospital and medical expenses
   d. [x] general damage
   e. [x] property damage
   f. [x] loss of earning capacity
   g. [x] other damage *(specify):*
   For all costs of suit incurred herein; and for all such other and further relief as allowed by law and as the Court would deem just and proper.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages
   (2) [ ] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) [x] according to proof
   (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: August 15, 2023

John Brockmeier
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)



**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form | Save this form | Clear this form

PLD-PI-001(2)

| SHORT TITLE: Ruiz vs. Walmart Inc. et al. | CASE NUMBER: |
|---|---|

First (number)

# CAUSE OF ACTION—General Negligence

Page 4

ATTACHMENT TO ☐ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Claudia Ruiz

alleges that defendant *(name)*: Walmart Store 1914; Walmart, Inc.

☒ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: June 27, 2022

at *(place)*: 4210 East Highland Avenue, Highland, CA 92346

*(description of reasons for liability)*:
Plaintiff Claudia Ruiz had gone to Walmart to have a prescription filled. After she had picked up the prescription, she was attempting to find a register close to the door through which she had entered from after parking her vehicle. Plaintiff's spouse and daughter were following Plaintiff at that time. Suddenly, Plaintiff slipped and fell, landing generally on the left side of her body, simultaneously and immediately sustaining pain and injuries to the left side of Plaintiff's body, including but not limited to, Plaintiff's left arm, shoulder, and hip. While lying on the floor, Plaintiff realized that she had slipped on a wet wipe, paper, or napkin of some sort that was on the floor. This was and is a dangerous condition on the floor of the subject Property. Soon after Plaintiff's fall, Plaintiff was helped to her feet, and a Walmart employee who had witnessed the fall picked up the dangerous condition that was on the floor where Plaintiff had fallen. Plaintiff thereafter made a report of this fall to Defendants.

Defendants as the owners and operators of the premises as here and above alleged were negligent in that, among other things, they failed to warn and failed to exercise due care in the ownership, construction, operation, and maintenance of the premises to ensure that visitors were not subject to any unreasonable risk of harm when on the premises despite obvious notice of said risk.

As a direct and proximate result of the negligence, carelessness, recklessness, and unlawfulness of Defendants, and each of them, as aforesaid, Plaintiff sustained severe and serious injury to his person, all to Plaintiff's damage in a sum within the jurisdiction of this court and to be shown according to proof.

By reason of the foregoing, Plaintiff, has been required to employ the services of hospitals, physicians, surgeons, nurses and/or other professional services, and Plaintiff has compelled to incur expenses for ambulance service, medicines, x-rays, and/or other medical supplies and services. Plaintiff is informed and believes, and thereon alleges, that further services of said nature will be required by Plaintiff in an amount to be shown according to proof.



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

PLD-PI-001(4)

| SHORT TITLE: Ruiz vs. Walmart Inc. et al. | CASE NUMBER: |
|---|---|

Second
(number)

## CAUSE OF ACTION—Premises Liability

Page 5

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: Claudia Ruiz

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date)*: June 27, 2022 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:

After Plaintiff Claudia Ruiz had gone to Walmart, located at 4210 East Highland Avenue, Highland, CA 92346, and while Plaintiff was a patron at Defendants' subject store, Plaintiff slipped and fell, landing generally on the left side of her body, simultaneously and immediately sustaining pain and injuries to the left side of Plaintiff's body, including but not limited to, Plaintiff's left arm, shoulder, and hip. While lying on the floor, Plaintiff realized that she had slipped on a wet wipe, paper, or napkin of some sort that was on the floor. This was and is a dangerous condition on the floor of the subject Property. Plaintiff asked to create an incident report with Defendants as a result of this injury. Defendants had a duty to ensure that the subject property was free of dangerous conditions, and failed to do so at this time. As a direct and proximate result of the dangerous condition that existed in Defendants' subject store, Plaintiff slipped and fell and was injured as a result.

Prem.L-2. [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
Walmart Store 1914; Walmart, Inc.

[x] Does 1 to 10

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does ______ to ______

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] ***Count Three—Dangerous Condition of Public Property*** *The defendants who owned public property on which a dangerous condition existed were (names):*

[ ] Does ______ to ______

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

[ ] Does ______ to ______

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:



Form Approved for Optional Use
Judicial Council of California PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION—Premises Liability

Code of Civil Procedure, § 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form